In the Matter of the Application of JAMES HART, as Committee of the Person and Property of ANNIE HUGGINS, an Incompetent Person, Respondent, for the Judicial Settlement of His Intermediate Account. JAMES H. MARTIN and Another, as Trustees, etc., Appellants.— Order so far as appealed from modified

as indicated in order and as so modified affirmed. No opinion. Present —
Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.; Dowling, J., dissents
and votes to dismiss appeal on the ground that the trustees are not parties
aggrieved by the order from which they appeal.

SEILER COAL CO., INC., Respondent, v. CAPITAL CITY SURETY COMPANY,
Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and
disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch
and McAvoy, JJ.